MARIE BARBIERI *v.* MEHADIN K. ARAFEH, SUPER-
INTENDENT, CONNECTICUT VALLEY HOSPITAL

The defendant's motion to dismiss the appeal from the Superior Court in Middlesex County is denied.

*Carol A. Feinstein,* assistant attorney general, for the appellee (defendant).

*Terence Thatcher,* with and under the supervision of *Mary F. Keller,* for the appellant (plaintiff).

Argued April 6—decided April 6, 1976

ANN FASULO *v.* MEHADIN K. ARAFEH, SUPER-
INTENDENT, CONNECTICUT VALLEY HOSPITAL

The defendant's motion to dismiss the appeal from the Superior Court in Middlesex County is denied.

*Carol A. Feinstein,* assistant attorney general, for the appellee (defendant).

*Terence Thatcher,* with and under the supervision of *Mary F. Keller,* for the appellant (plaintiff).

Argued April 6—decided April 6, 1976

JUANITA M. ST. PIERRE *v.* LUCIEN R. ST. PIERRE

The defendant's motion to amend his appeal from the Superior Court in Hartford County is granted.

*Fred DeCaprio,* in support of the motion.

Submitted March 17—decided April 6, 1976

JEANNETTE CIULEWICZ *v.* COLLEEN P. DOYLE

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is granted.

*Howard B. Field III,* in support of the petition.

Submitted March 23—decided April 6, 1976